IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION on behalf of the ALFRED I. DUPONT HOSPITAL FOR CHILDREN, a Florida not-for-profit corporation,<br><br>       Plaintiff,<br><br>v.<br><br>ARRAYIT CORPORATION, a Nevada corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-cv-956-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT

AND NOW, the Court having considered Plaintiff The Nemours Foundation's ("Nemours"), on behalf of the Alfred I. duPont Hospital for Children *Motion for Default Judgment* against Defendant Arrayit Corporation ("Arrayit"), and good cause for the Motion having been shown,

IT IS HEREBY ORDERED this __8__ day of __July__, 2016, that the aforesaid Motion is GRANTED, and the following is Ordered:

   a.   Nemours is awarded damages of $72,402.60; and

   b.   Nemours is awarded its reasonable attorneys' fees and costs.

                                                                *[signature]*
                                                    The Honorable Richard G. Andrews

CERTIFIED:
AS A TRUE COPY: AUG 2 6 2016
ATTEST:
JOHN A. CERINO, CLERK
BY _*[signature]*_
           Deputy Clerk